1 **DAVID M.C. PETERSON**
California Bar No. 254498
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone:     (619) 234-8467
4 Facsimile:     (619) 687-2666
Email:            David_Peterson@fd.org

6 Attorneys for Defendant

8                              UNITED STATES DISTRICT COURT

9                            SOUTHERN DISTRICT OF CALIFORNIA

10                              **(HONORABLE LOUISA S. PORTER)**

11 UNITED STATES OF AMERICA,          ) CASE NO. 08MJ2214
                                      )
12            Plaintiff,               )
                                      )
13 v.                                  )
                                      ) **NOTICE OF APPEARANCE**
14 FERNANDO HERNANDEZ-MONTIEL,        )
                                      )
15            Defendant.               )
                                      )
16 _____)

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19 lead attorney in the above-captioned case.

20                                          Respectfully submitted,

22 Dated: July 24, 2008                     */s/ DAVID M. C. PETERSON*
                                            DAVID M.C. PETERSON
23                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Defendant
24                                          David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  July 24, 2008                              /s/ *DAVID M. C. PETERSON*
                                                              DAVID M.C. PETERSON
                                                              Federal Defenders of San Diego, Inc.
                                                              225 Broadway, Suite 900
                                                              San Diego, CA  92101-5030
                                                              (619) 234-8467  (tel)
                                                              (619) 687-2666  (fax)
                                                              David_Peterson@fd.org (email)